Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

jdabbs@heckerfink.com

September 14, 2026

**BY ECF**
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Carolina Nivia Ovalle*, 25 Cr. 319 (NRB)**

Dear Judge Buchwald:

We represent defendant Carolina Nivia Ovalle in the above-captioned matter. We write with the consent of the Government to respectfully request an adjournment of Ms. Nivia Ovalle's sentencing date. This is our second request for an adjournment of Ms. Nivia Ovalle's sentencing. The Court granted our first request for an adjournment on July 27, 2026. ECF 40, 41.

Ms. Nivia Ovalle's sentencing proceeding is currently scheduled for September 29, 2026. ECF 41. The sentencing of her co-defendant, Jonathan Hernandez Gonzalez, was also adjourned from August 11 to September 29, ECF 38, and recently adjourned from September 29 to October 13, 2026, ECF 43.

We respectfully request an adjournment of sentencing consistent with that in Mr. Hernandez Gonzalez's case to a date in October that is convenient for the Court. To the extent that it is convenient for the Court, we are also available on October 13, 2026, the date of Mr. Hernandez Gonzalez's sentencing. We further respectfully request that Ms. Nivia Ovalle's deadline for submission of her sentencing memorandum be adjourned accordingly.

We thank the Court for its consideration of this request.

Respectfully submitted,

Jenna M. Dabbs
Reed M. Keefe
Hecker Fink LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
jdabbs@heckerfink.com
rkeefe@heckerfink.com

Application granted. The sentencing hearing previously scheduled for September 29, 2026 at 12:30 P.M. is adjourned until Tuesday, October 13, 2026, at 12:30 P.M. Defendant's sentencing submission shall be filed no later than September 29, 2026, and the Government's sentencing submission shall be filed no later than October 6, 2026.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Date: September 14, 2026
New York, New York